# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

USA        §
       §
vs.        §     Case Number:  EP:22-CR-00261(1)-KC
       §
(1) AHMAD NABIH MUSTAFA        §
    *Defendant*

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. II ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

        I, (1) AHMAD NABIH MUSTAFA, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

        Signed this 6th day of June, 2022.

_____
(1) AHMAD NABIH MUSTAFA
*Defendant*

_____
Robert L. Rascia
*Attorney for Defendant*

_____
Adam Hines
**Adam Hines**
*Attorney for Government*